JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WONG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a Delaware corporation, and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-04030-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED ACTIONS AND SETTING SCHEDULE** |
| AMADO MUNOZ, CAROLYN HEIER, BEN HU, GARY TETRAULT, MATTHEW ROBINSON, MICHAEL SCHWARTZ, FRANK COSTOBILE, RACHEL FAIRCHILD, JAMES TILLERY, and LINGYAN YIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>American Honda Motor Co., Inc., a California corporation, and Honda North America, Inc., a Delaware corporation,<br><br>    Defendants. | |

Plaintiffs in the above-captioned Actions and Defendants American Honda Motor Co., Inc. ("AHM") and Honda North America, Inc. ("HNA") (together "Honda") have filed a Joint Stipulation ("Stipulation") to consolidate the two Related Actions. Having considered the Stipulation and good cause appearing, it is hereby ORDERED that the Stipulation is granted.

1. The following Related Actions are consolidated for all purposes (the "Consolidated Action") under the first-filed *Wong* Action, Case No. 2:19-cv-10537-JLS-KES:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Wong v. American Honda Motor Co.* | 2:19-cv-10537-JLS-KES | 12/12/2019 |
| *Munoz, et al. v. American Honda Motor Co.* | 2:21-cv-04030-JLS-KES | 5/13/2021 |

2. Every pleading filed in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE, WONG, AMADO MUNOZ, CAROLYN HEIER, BEN HU, GARY TETRAULT, MATTHEW ROBINSON, MICHAEL SCHWARTZ, FRANK COSTOBILE, RACHEL FAIRCHILD, JAMES TILLERY, and LINGYAN YIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Honda Motor Co., Inc., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10537-JLS-KES<br><br>(Consolidated with Case No. 2:21-cv-04030-JLS-KES)<br><br>CLASS ACTION |

3. The files of the Consolidated Action shall be maintained in one file under docket: 2:19-cv-10537-JLS-KES.

4. American Honda Motor Co., Inc.'s Motion to Dismiss the First Amended Complaint in the *Wong* Action is DEEMED WITHDRAWN WITHOUT PREJUDICE and **the hearing scheduled for August 13, 2021, at 10:00 a.m. is VACATED**.

5. The Rule 26(f) Scheduling Conference currently set for **September 3, 2021 at 10:30 a.m. in the *Wong* Action is VACATED**.

6. No later than thirty (30) days after the date of this order, Plaintiffs shall file a consolidated complaint (the "Consolidated Complaint") which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Actions.

7. The Consolidated Complaint will name only American Honda Motor Co., Inc., the distributor of the putative class vehicles, as the lone defendant.

8. The Consolidated Complaint shall be deemed an amendment as a matter of course under Rule 15(a)(1) as to all Plaintiffs in the Related Actions.

9. American Honda Motor Co., Inc. shall have thirty (30) days from the filing of the Consolidated Complaint to answer, move to dismiss, or otherwise respond to the Consolidated Complaint, without waiver and reserving all rights accorded to it in responding to the new pleading under Rule 12 of the Federal Rules of Civil Procedure and all applicable laws and rules.

10. Honda's August 9, 2021 deadline to move, answer, or otherwise respond to the *Munoz* complaint is held in abeyance until after the Consolidated Complaint is filed, at which point a response to the *Munoz* complaint is moot and Defendant shall answer, move to dismiss, or otherwise respond to the Consolidated Complaint instead.

//
//
//

11. The *Munoz* action, Case No. 2:21-cv-04030-JLS-KES, is ADMINISTRATIVELY CLOSED.

**IT IS SO ORDERED.**

DATED: August 03, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE